IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CORNELIUS BARNES,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    1:24-cv-50
                                 )
JAKAYLA GIBSON, RANSOM,          )
A. SEGARA, and BULLARD,          )
                                 )
          Defendants.            )
```

### ORDER

On February 5, 2024, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed, and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $405.00 filing fee.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 16th day of April, 2024.

```
                           _____
                              United States District Judge
```